```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

THOR REDERI A/S,

                    Plaintiff,

        - against -                           ORDER

REVIA-REDES RODOVIARIAS E                     08 Civ. 10517 (NRB)
FERROVIARIAS DE ANFOLA DE ANGOLA,
LDA.,

                    Defendant.

------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

  **WHEREAS** the complaint in this action was filed on December 3, 2008; and

  **WHEREAS** Process of Maritime Attachment and Garnishment was issued against, <u>inter alia</u>, funds and property belonging to, due or being transferred to, from or for the benefit of defendant in the amount of $399,093.11 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure on December 5, 2008; and

  **WHEREAS** we entered an addendum to the December 5, 2008 attachment order providing that if no assets were attached within 60 days, the attachment order would automatically expire unless prior thereto counsel showed cause for extension, and in

no event would the attachment extend beyond 120 days if no funds were attached; and

**WHEREAS** an amended complaint in this action was filed on January 20, 2009; and

**WHEREAS** Process of Maritime Attachment and Garnishment was issued against, <u>inter alia</u>, funds and property belonging to, due or being transferred to, from or for the benefit of defendant in the amount of $769,179.87 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure on January 21, 2009; and

**WHEREAS** plaintiff notified the Court through an affirmation dated March 20, 2009 that no funds had been attached in this action and requested that the attachment order be extended; and

**WHEREAS** on March 26, 2009, we extended the attachment until April 9, 2009; and

**WHEREAS** plaintiff notified the Court through an affirmation dated April 9, 2009 that no funds have yet been attached and requested further extension of the attachment order; it is hereby

**ORDERED** the attachment order is extended until April 29, 2009; and it is further

**ORDERED** that unless funds are attached by April 29, 2009, the attachment in this action shall automatically expire and be vacated.

Dated:   New York, New York
         April 20, 2009

                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorneys for Plaintiff**
Kirk M. Lyons, Esq.
Michael A. Namikas, Esq.
Lyons & Flood, LLP
65 West 36th Street, 7th Floor
New York, NY 10018

3